a large part of which, we think, under the rule announced in the case of *Binford* v. *Young*, 115 Ind. 174, was incompetent. The evidence of a large number of witnesses was to the effect that appellee was a man of bad moral character, and that his reputation for truth and veracity was bad. No evidence to the contrary was introduced.

We can not account for the verdict of the jury in this case, except upon the theory that they saw the witnesses and heard them testify, and were thus better able to judge of the character of the evidence given. Under such circumstances this court will not disturb the verdict of the jury.

The judgment is therefore affirmed.

---

## BOSWORTH v. CITY OF ANDERSON ET AL.

[No. 4,796.  Filed February 3, 1904.]

From Madison Circuit Court; *J. F. McClure*, Judge.

Suit by Isaac D. Bosworth against the city of Anderson and another. From a decree for defendants, plaintiff appeals. *Reversed.*

*F. E. Holloway* and *E. R. Call*, for appellant.

*B. H. Campbell, M. A. Chipman, S. M. Keltner* and *E. E. Hendee*, for appellees.

BLACK, J.—The record of this cause presents, in the same manner, the same questions as were involved in *Spring Steel Fence & Wire Co.* v. *City of Anderson, ante,* 138, and upon the authority of that decision the judgment herein is reversed.

---

## STOUT v. CAMPBELL & CO.

[No. 4,687.  Filed March 31, 1904.]

From Superior Court of Marion County (61,581); *J. M. Leathers*, Judge.

Action by William Campbell & Co. against Hulda A. Stout. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*H. J. Everett*, for appellant.

*J. E. Florea, George Seidensticker* and *Adolph Seidensticker*, for appellee.

COMSTOCK, J.—Appellee brought this action upon account against appellant for goods and merchandise sold and delivered by appellee to appellant. The cause was put at issue by general denial. A